IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 06-cv-01598-REB-CBS

HELENA C. HATCH,

    Plaintiff,

v.

LONG-TERM DISABILITY PLAN OF THE MAY
DEPARTMENT STORES, and
METROPOLITAN LIFE INSURANCE COMPANY,
a New York corporation,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

    IT IS HEREBY ORDERED that Plaintiff's Motion for Limited Discovery, With Authority (*doc. no. 22)* is **DENIED,** without prejudice, for failure to provide a certificate showing compliance with **D.C.COLOL.CIVR. 7.1A**. The court is unable to determine to what extent Plaintiff attempted to confer with opposing counsel and whether the motion is opposed or unopposed.

**DATED:**    January 2, 2007