IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 06-cv-01598-REB-CBS

HELENA C. HATCH,

    Plaintiff,

v.

LONG-TERM DISABILITY PLAN OF THE MAY
DEPARTMENT STORES, and
METROPOLITAN LIFE INSURANCE COMPANY,
a New York corporation,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendants' Unopposed Motion for Modification of Scheduling Order and Pretrial Order (*doc. no. 35)* is **GRANTED**.  The Scheduling Order is hereby modified as follows:

    The parties shall submit briefs on the merits, with proposed findings of fact and conclusions of law, on the following schedule:

        Plaintiff's Brief and proposed findings of fact and conclusions of law shall be filed on the earlier of:

            a) 20 days following an unfavorable ruling on Plaintiff's Objection; or

            b) 20 days following Defendant's Answers to Limited Discovery (if allowed).

        Defendant's Response shall be filed 30 days after Plaintiff's Brief.

        Reply shall be filed 20 days after Defendant's Reply.

    In all other respects, the Scheduling order and Pretrial Order shall remain the same.

**DATED:** April 26, 2007