**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 06-cv-01598-REB-CBS

HELENA C. HATCH,

    Plaintiff,

v.

FEDERATED RETAIL HOLDINGS, INC., a New York corporation,
d/b/a THE MAY DEPARTMENT STORES COMPANY, and
METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation

**ORDER OVERRULING RULE 72 OBJECTION
TO ORDER OF THE MAGISTRATE JUDGE**

**Blackburn, J.**

This matter is before me on the plaintiff's filing captioned as **Plaintiff's Objections to Magistrate Judge Shaffer's Memorandum Order Regarding Plaintiff's Renewed Motion for Limited Discovery** [#33] filed March 30, 2007. The defendants filed a response [#34] to the objection, and the plaintiff filed a reply [#38]. I overrule the objections.

Under 28 U.S.C. § 636 (b) and FED. R. CIV. P. 72 (a), I may modify or set aside any portion of a magistrate judge's order which I find to be "clearly erroneous or contrary to law." I have reviewed the order of Magistrate Judge Shaffer [#32] filed March 20, 2007, which the plaintiff challenges in her objection. I am familiar also with the record in this case. Nothing in the plaintiff's objection tends to show that Magistrate Judge Shaffer's order [#32] is clearly erroneous or contrary to law.

**THEREFORE, IT IS ORDERED** that the objections stated in **Plaintiff's Objections to Magistrate Judge Shaffer's Memorandum Order Regarding Plaintiff's Renewed Motion for Limited Discovery** [#33] filed March 30, 2007, are **OVERRULED** and **DENIED**.

Dated August 26, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge