**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-01598-REB-CBS

HELENA C. HATCH,

    Plaintiff,

v.

LONG-TERM DISABILITY PLAN OF
THE MAY DEPARTMENT STORES, and
METROPOLITAN LIFE INSURANCE COMPANY,

    Defendants.

## ORDER LIFTING ADMINISTRATIVE CLOSURE

**Blackburn, J.**

The matter is before me on the plaintiff's **Motion To Re-Open Case With Showing of Good Cause and Request for Extension of Time** [#48] filed October 15, 2009. After review of the motion and the file, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the plaintiff's **Motion To Re-Open Case With Showing of Good Cause and Request for Extension of Time** [#48] filed October 15, 2009, is **GRANTED**;

2. That pursuant to **D.C.COLO.LCivR 41.2**, the clerk is **DIRECTED** to reopen this civil action;

3. That the plaintiff's opening brief and proposed findings of fact and conclusions of law **SHALL BE** filed on or before November 25, 2009;

4. That the plaintiff's brief, excluding proposed findings of fact and conclusions of

law, and the defendant's response brief each **SHALL BE LIMITED** to twenty (20) pages, and any reply brief shall be limited to ten (10) pages; and

     5.  That the deadlines for filing the defendant's response brief and any reply brief **SHALL BE MARSHALED** in the time and manner prescribed by D.C.COLO.LCivR 7.1.C.

     Dated November 4, 2009, at Denver, Colorado.

                                      **BY THE COURT:**

*Bob Blackburn* (signature)
Robert E. Blackburn
United States District Judge