# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01598-REB-CBS

HELENA C. HATCH,

    Plaintiff,

v.

FEDERATED RETAIL HOLDINGS, INC., a New York corporation,
d/b/a THE MAY DEPARTMENT STORES COMPANY, and
METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation,

    Defendants.

## FINAL JUDGMENT

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Re: Briefs on Administrative Record** [#61] entered by Judge Robert E. Blackburn on March 28, 2013, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the determination of the defendants, the Long-Term Disability Plan of the May Department Stores and the Metropolitan Life Insurance Company, that the plaintiff, Helena C. Hatch, is not entitled to disability benefits under the Plan beyond August 12, 2005, is **UPHELD**;

2.  That the request of the plaintiff, Helena C. Hatch, for an award of attorney fees is **DENIED**;

3.  That **JUDGMENT IS ENTERED** in favor of the defendants, the Long-Term

Disability Plan of the May Department Stores and the Metropolitan Life Insurance Company, against the plaintiff, Helena C. Hatch; and

    4.  That the defendants, the Long-Term Disability Plan of the May Department Stores and the Metropolitan Life Insurance Company, are **AWARDED** their costs to be taxed by the clerk of the court in the time and manner provided by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

    DATED at Denver, Colorado, this 29th day of March, 2013.

    FOR THE COURT:

    JEFFREY P. COLWELL, CLERK

    By: s/Edward P. Butler
        Edward P. Butler
        Deputy Clerk